IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONALD LEWIS COACHMAN, #283119, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV. ACT. NO. 1:12cv471-TMH |
| ) | (WO) |
| WILLIAM MADDOX, ) | |
| ) | |
| Defendant. ) | |

**OPINION and ORDER**

On November 7, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 19). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows that:

1. The Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2. The defendant's motion for summary judgment be and is hereby GRANTED to the extent the defendant seeks dismissal due to the plaintiff's failure to properly exhaust an administrative remedy previously available to him at the Henry County Jail; and

3. This case be and is hereby DISMISSED with prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for the plaintiff's failure to properly exhaust an administrative remedy available to him during his confinement in the Henry County Jail as this remedy is no longer available to him with respect to the claim presented in this cause of action.

Done this the 4th day of December, 2012.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE